On or about 12.06.2019 I was substituting for Kelly Educational Staffing at Harrison Hill Elementary school in Lawrence Township. I took a late assignment meaning that other teachers had taken the students from the class until I arrive in the classroom. Once I arrive it is proper protocol for the office to alert the 6th grade teachers that the substitute has arrived. The teachers then will release the students to my care. I notice that I only had about 12-14 students. The class size ranges from 22-25 students. I waited for the rest of the students to be released to my class, but they never ocurred.

During class female students asked me if they could get the rest of the students. I told them that the teachers are cognizant that a guest teacher is in the class. As an African American male, I recognized that sometimes white female teachers don't like to release the students to a black male substitute. This does not happen often, however, in my three decades of substituting it usually occurs with much younger students. I continue to teach the class and certain female students continue to ask me if they could pick up the rest of the class.

I continue to articulate to them that they need to concentrate on their assignments. On or about 12:30pm I had to pick up the students from the lunchroom. As I started to walk back to the class and prepare for recess. I notice that my class had doubled in size. I asked one of white female teacher was a certain female student in my class she responded no, so, I continue to walk with the students back to class. I found out that the student along with 10-12 other students should have been in my class. As I took the students back to class to grab their coats to prepared to go outside for recess, I still had the 10-12 additional students with my original class of 12-14 students.

I grabbed my sunglasses that I wore the entire time during recess because my doctor recommended that I wear sunglasses anytime I am outside. All the students in my class seen me with my sunglasses and the school can review video tape to prove my statement. I position myself in the middle of the playground right in front of the basketball court in order to observe all the students. On numerous occasions females' students ask if they could go back into the building to use the restroom. I politely told them no and they continued to play with their friends. I was the only instructor at outside recess. Therefore, school protocol is to have more than one instructor while students take potential restroom breaks. Once recess was over all the children begin to run to the front door to get back in the school which I thought at the time was unusual.

One of the students attempted to shut the door so I would not be able to enter back into the school. One student did keep the door open for me. In retrospect I found out later that one or two of the black girls told the other students that I was looking at them that is what caused them to run inside the building. Once I took the students back to class, I notice my class size was reduce from 24 students to 12-14 students. During class one black female student told me that she feared me. I asked her why, but she did not respond. During dismissal I was given instructions to process the car riders. As dismissal continue two black males approached me and told me that some white female teachers, school staff, and female students complained that I was looking at some girls during recess.

I laughed and thought they were joking. Once school was dismissed, I receive a phone call at or about 5:00 pm from a representative from Kelly Educational Staffing. I was informed that Kelly Educational Staffing was conducting an investigation. I was told that they were told by school staff that certain girls complained that I looked at them. I asked the female professional could she be more specific about the false allegations. She repeated herself and said that some girls complained that I was looking at them. I explained to the Kelly representative that I was shocked by the unfavorable circumstances and erroneous accusations against my upstanding history in Lawrence Township Schools.

I articulated my stellar background in Lawrence Township Schools. I talked to the representative about my community involvement in working with thousands of students mostly girls for three decade. I requested that they do a meticulous investigation and to review my Behavior100.com site to gain a holistic perspective of my role in the Indianapolis and Indiana. I articulated that my company (TripGear LLC) has been contracted by numerous schools to work with students with behavioral and emotional issues since 2003. I also advise the representative during recess I had on sunglasses during recess assuming that is when the collaborations of the black females and white female teachers begin to systemically foster a false narrative.

I reminded the Kelly representative that the young girls wanted their friend in my class, and I would not honor their inappropriate request because that does not follow school protocol. I communicated that I was not being treated fairly because Kelly Educational Staffing policy does look favorably on race and age discrimination. I was told by the representative that the school is following directions given to them by Kelly Educational Staffing human resource professional. I told the representative that I was unequivocally being discriminated by the white female teachers.

I articulated that my experience of discrimination would not have happen to a female or white male. She instructed the plaintiff that they would investigate and would have a remedy soon. John G. Hunt the plaintiff was told that he would be suspended until the conclusion of the investigation. I was told to do a statement and email the statement to the proper personnel. I expressed that white female teachers perpetuated false testimony from the black girls without regard to the facts. Laura from Kelly Educational Staffing said they would decide in a week or more and during that time I was not going to able to substitute.

I knew that all the decision makers in my investigation were also all white females. On or about two weeks after the alleged incident I was told I could no longer substitute in Lawrence Township District the District where I live and pay my taxes. However, I was told that I could still substitute in the other districts. I told Laura I did not agree with the decision. And, the decision would affect my livelihood in the present and future if I not able to completely be exonerated of the false testimony. She said a decision had been made based on what the girls said and what their parents may feel about keeping their daughters safe. I articulated that I was guilty without proper closure based on inclusive evidence of me looking at two six grades girls.

I was told that I could substitute in any of the other districts other than Lawrence Township District. I was flabbergasted by these discriminative events. As a result, I went to the EEOC on

or about December 12, 2019 to seek justice because of the fabricated statements by the young females' students and the collaboration of the discrimination elements that were disseminated by Harrison Hill Elementary School's white female teachers and Kelly Educational Staffing female staff. As a former Marine Staff Non-Commission Officer, I swore to protect the USA against foreign and domestic adversaries. I embrace those virtues and protecting the children I teach with my life and I unequivocally acknowledge that I was discrimination against. The plaintiff who is a husband, Marine, social worker, educator, father, grandfather, mentor, curriculum writer, graphic author, Christian, and community leader must have his day in court to prove the discrimination charge against Kelly Educational Staffing.